IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01920-MSK-KMT

ROCKY MOUNTAIN PARKING, LLC, a Colorado limited liability company,

      Plaintiff,

v.

BFI WASTE SYSTEMS OF NORTH AMERICA, INC., a Delaware corporation,

      Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Defendant's "Request for Summary Ruling on Motion for Leave to File Amended Answer and Third-Party Complaint" (#31, filed March 10, 2008) is DENIED.  The response was timely filed (#32, filed March 10, 2008) pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 6(d).

Dated: March 12, 2008